UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NATHANIEL A. QUIRE,

    Plaintiff,

v.                                                       Case No. 5:15cv219/LC/CJK

DRISCOLL,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On August 27, 2015, the court directed plaintiff to submit a service copy of his complaint within thirty days. (Doc. 4). Plaintiff failed to submit the service copy within the allotted time. On October 2, 2015, the court directed plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. (Doc. 6). Rather than submit the service copy or explain his failure to do so, plaintiff filed a motion for appointment of counsel. (Doc. 7). On October 20, 2015, the court denied plaintiff's motion and again ordered plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to prosecute and failure to comply with the court's August 27, 2015 Order. (Doc. 8). To date, plaintiff has not submitted the service copy of his complaint and has not responded to the court's order to show cause.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of November, 2015.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S.Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.